JS - 6

Enter

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL TAVE, | Case No. CV 09-04915 MMM (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition for a writ of habeas corpus by a person in state custody is dismissed for the reasons set forth in the accompanying Order.

DATED: October 30, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE